No. 09-7780. Richard Daron Kennedy, Petitioner v. John R. Lockett, et al.

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3822.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 942, 130 S. Ct. 1507, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1301.